UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


CHRISTOPHER L. GREENLIEF

      v.                                               CA 14-376

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY


MEMORANDUM AND ORDER

      This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on July 15, 2015 (Docket #10).  No objection has been filed and the time for doing so has passed.

      The Court has reviewed the Report and Recommendation and concurs in the Magistrate Judge's recommendations.  Plaintiff's Motion to Reverse is DENIED.  Defendant's Motion for an Order Affirming the Commissioner's Decision is GRANTED.


SO ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
United States District Judge
August 6, 2015